■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO COLON, Appellant. — Judgment unanimously affirmed. Same memorandum as in *People v Bosque* (78 AD2d 986). (Appeal from judgment of Erie Supreme Court — murder, second degree, and another charge.) Present — Dillon, P. J., Schnepp, Callahan, Doerr and Witmer, JJ.